Columbia Veneer, etc., Co. v. Cottonwood Lumber Co.

COLUMBIA VENEER, *etc.*, CO. *v.* COTTONWOOD
LUMBER CO.

(*Jackson.* May 22, 1897.)

CHARGE OF COURT. *Oral instructions erroneous where written charge
has been requested.*

It is reversible error for the Court to deliver any part of his in-
structions to the jury orally, after he has been requested by
either party to a civil suit to deliver a written charge.

Act construed: Acts 1875, Ch. 37.

Code construed: § 4683 (S.); § 3672 (M. & V.).

Case cited and approved: Ins. Co. v. Trustees, etc., 91 Tenn., 135.

FROM SHELBY.

Appeal in error from Circuit Court of Shelby
County. J. S. GALLOWAY, J.

WM. M. RANDOLPH & SONS for Box Company.

PERCY & WATKINS for Lumber Company.

CALDWELL, J. The Columbia Veneer & Box Com-
pany appeals in error from a judgment in favor of
the Cottonwood Lumber Company for $375, for the
alleged conversion of a raft of sycamore logs.

At the beginning of the trial in the Court below,
the plaintiff in error requested the trial Judge to

deliver a written charge. What was intended, originally, to be a complete charge was reduced to writing; but, after it was read to the jury, other instructions, concerning market value, were added orally. The latter action was fatally erroneous. Every word of the entire charge should have been reduced to writing. The language of the statute under which the request was made is as follows: "On the trial of civil cases in the Courts of this State, it shall be the duty of the Judge before whom the same is tried, at the request of either party, plaintiff or defendant, to reduce every word in his charge to writing before it is delivered to the jury, and all subsequent instructions which may be asked for by the jury, or which may be given by the Judge, shall, in like manner, be reduced to writing before being delivered to the jury." Acts 1875, Ch. 37; Code (M. & V.), § 3672; (Shannon), § 4683. This requirement is mandatory, and cannot be avoided. *Insurance Co.* v. *Trustees, etc.,* 91 Tenn., 135.

Reverse and remand.